UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:06-cr-10-FtM-99DNF

ELIZABETH ERNST
_____

### ORDER

This matter comes before the Court on Report and Recommendation (Doc. #77), filed on April 12, 2007, concerning the amount of restitution. No objections have been filed, and the time to object has expired.

The Report and Recommendation reflects that the parties have agreed to the amounts to be included as restitution. After review of the record, the Court agrees and therefore adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #77) is **ACCEPTED AND ADOPTED** by the Court.

2. The Clerk of the Court shall enter an amended judgment setting forth the following amounts of restitution:

Todd Michaels, $47,828.51

Wachovia Bank, $18,812.80

Thomas Quelet, $97,417.69

Total:     $164,059.00

All other aspects of the criminal judgment shall remain as originally imposed.

DONE AND ORDERED at Fort Myers, Florida, this ___1st___ day of May, 2007.

```
                              _____
                              JOHN E. STEELE
                              UNITED STATES DISTRICT JUDGE
```

Copies:
AUSA
Counsel of Record